Case 1:18-mj-02488-SCY   Document 1   Filed 07/31/18   Page 1 of 3

AO 91-*NM* (Rev. 11/11, Amended 6/13) Criminal Complaint (D.N.M.)



# United States District Court
### for the
### District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Alvin W. Plant<br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 18mj2488 |

## CRIMINAL COMPLAINT
*May be handwritten*

I, the sworn complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of _____ in the county of _____ in the District of New Mexico, the defendant(s) violated:

| Code Section (Counts) | Offense Description |
|---|---|
| Ct. 1: 18 U.S.C. § 111 | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| ~~Ct. 2: 18 U.S.C. § 1382~~ | ~~Entering Military, Naval, or Coast Guard Property~~ |

*Probable cause found for assault charge, 18 U.S.C. §111, only.*
*SCY*

This criminal complaint is based on facts provided on the attached sheet.

_____
*Complainant's signature*

_____Maulayia A. Dotson, Patrolman_____

Approved by AUSA _____Jack Burkhead_____

Sworn to before me and signed in my presence.

Date: 7/31/18

_____
*Judge's signature*

City: Albuquerque_____, New Mexico     U.S. MAGISTRATE JUDGE

1

*Printed name and title*

# CRIMINAL COMPLAINT FACTUAL BASIS
for

_____Alvin W. Plant_____
*Defendant(s)*

I, Maulayia Dotson, having been duly sworn, hereby depose and state as follows:

1.      I am an Installation Police Officer with the United States Air Force assigned to the 377th Security Forces Squadron at Kirtland Air Force Base (KAFB), New Mexico. I have been in my current position since 2014 and I have conducted and directed misdemeanor and felony investigations impacting the U.S. Air Force.

2.      Your affiant reasonably relies on the information identified in this affidavit and application. This information is of the quality routinely and properly relied upon by law enforcement personnel in conducting investigations and analyzing the existence of probable cause to believe crimes, such as those being investigated in this matter, are being or have been committed. Those supplying the information are reliable, in many instances, in that they are employees of the institutions identified elsewhere in this affidavit, who supplies the information to government authorities, knowing that authorities would rely on it and that the individuals and institutions are obligated to provide truthful information to law enforcement personnel when making reports of crimes and the facts and circumstances surrounding such reported crimes, or they are Security Forces employees, victims and witnesses. The statements received are corroborated by each other and by evidence obtained during this investigation.

3.      This affidavit is made in support of an arrest of Alvin W. Plant, SUBJECT. Under Title 18, United States Code, Section 111, Assaulting, Resisting, or Impeding Certain Officers or Employees with said assault involving physical contact with an officer and employee of the United States, and Title 18 United States Code, Section 1382, Entering Military, Naval, or Coast Guard Property, within the special maritime and territorial exclusive jurisdiction of the United States on Kirtland AFB.

4.      On 30 July, at approximately 1716 hours, an unknown subject entered Kirtland AFB through the Eubank Pedestrian Gate without presenting any credentials for entry. United States Air Force Installation Patrolman Dotson, an officer and employee of the United States as defined by 18 U.S.C. § 1114 and member of the United States Air Force, pursued the subject on foot westbound along G Avenue. Installation Patrolman Dotson attempted to identify the subject while the subject continued to walk. Installation Patrolman Dotson asked the subject to stop but he continued westbound on G Ave and continued past 20th street which is approximately 300 yards for the initial point of contact. During the encounter the subject tells Installation Patrolman Dotson, "No Bitch move away, "Bitch don't touch me," and "Donald Trump is the president and he (subject) can go wherever he wants." Installation Patrolman Dotson finally gave the subject the command to stop and indicated to the subject that she would use force to detain him. The subject continued walking at which time Installation Patrolman Dotson attempted to grab his right hand and the subject turned and did a backhand motion to break contact. The subject then attempted to backhand Dotson's face. Dotson took a defensive position and the subject swung again with a backhand motion, striking Dotson in the mouth causing physical contact with Installation Patrolman Dotson as defined by 18 U.S.C. § 111(a). Installation Patrolman Dotson then used her baton to subdue the subject while yelling form him to stop and ordering him to put his hands behind his back. The subject continued to resist until finally Installation Patrolman Dotson had struck him 5 times about the legs. Despite the strikes to subject's legs, the subject never fell to the ground. At 1726 hours, Emergency Medical

Personnel arrived on-scene. SUBJECT was treated on-scene and transported to UNM Hospital. Subject complained of pain to his legs.

5. Further investigation identified the subject as Alvin W. Plant. Plant has no base affiliation and is not allowed access to Kirtland Air Force Base.

6. Based on the information provided in this affidavit, I believe there is probable cause to arrest the defendant under Title 18, United States Code, Section 111, Assaulting, Resisting, or Impeding Certain Officers or Employees with said assault involving physical contact with an officer and employee of the United States, and Title 18 United States Code, Section 1382, Entering Military, Naval, or Coast Guard Property.

Sworn to before me and signed in my presence.

_____
Judge's signature

Steven C. Yarbrough
Printed name and title
U.S. Magistrate Judge

I swear/affirm upon penalty of perjury that the above information is true and correct to the best of my knowledge (initial previous pages).

_____
Complainant's signature

Maulayia A. Dotson, Patrolman

Installation Patrolman

Military Air Force